STATE OF CONNECTICUT *v.* SCOTT JONES

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant on or before January 11, 1977, takes such steps as are necessary to perfect the appellate record.

*Michael J. Sullivan,* special public defender, for the appellant (defendant).

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).